| | |
|---|---|
| Terry L. Baker (SBN 305208)<br>LAW OFFICES OF JON JACOBS<br>1 Ridgegate Dr., Ste. 245<br>Temecula, CA 92590<br>Telephone: (916) 663-6400<br>Facsimile: (916) 663-6500<br>terry@lemonbuyback.com<br><br>Attorneys for Plaintiff<br>RUPINDER KAUR | |

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUPINDER KAUR,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>　　　　Defendants. | CASE NO.: 2:19-cv-00725-WBS-DB<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

| | |
|---|---|
| Dated: February 5, 2020 | LAW OFFICES OF JON JACOBS<br><br>/s/ Terry L. Baker<br>Terry L. Baker<br>Attorney for Plaintiff<br>RUPINDER KAUR |
| Dated: February 5, 2020 | MORGAN, LEWIS & BOCKIUS LLP<br><br>/s/ Garrick Y. Chan (auth 2/5/2020)<br>Garrick Y. Chan<br>Attorneys for Defendant<br>BMW OF NORTH AMERICA, LLC |

---

1

Kaur v. BMW　　　　　　　　　　　　　　　　　　　　　　　　　　　　Stipulation of Dismissal

## **ORDER**

Based on the foregoing stipulation, this action shall be, and hereby is, DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**

**Dated: February 7, 2020**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE